# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SANDRA FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV353 |
| | ) | |
| V. | ) | |
| | ) | |
| GODFATHER'S PIZZA OF CALIFORNIA, INC., FRANK E. TIERNEY, and DOES 1-5, | ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff has submitted a motion to proceed in forma pauperis (filing 3). After reviewing the request, I shall waive payment of fees and grant Plaintiff leave to proceed in forma pauperis.

**IT IS ORDERED:**

Plaintiff's motion to proceed in forma pauperis (filing 3) is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

**DATED** September 28, 2015.

                              BY THE COURT:

                              S/ F.A. Gossett
                              **United States Magistrate Judge**